1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  DANIEL LOURIM,
12                  Plaintiff,
13           v.                        CIV. NO. S-09-3131 LKK/KJM
14  WASHINGTON MUTUAL BANK, F.A.;
    GEORGE SANDERS; and DOES 1-20,
15  inclusive,
16                  Defendants.
                                    /
17  DANIEL LOURIM,
18                  Plaintiff,
19           v.                        CIV. NO. S-09-3134 JAM/DAD
20  WASHINGTON MUTUAL BANK, F.A.;
    GEORGE SANDERS; MARK SHELTON
21  and DOES 1-20, inclusive,
22                  Defendants.
                                    /
23
24  ////
25  ////
26  ////

```
 1  DANIEL LOUIM,
 2                    Plaintiff,
 3         v.                              CIV. NO. S-09-3136 JAM/EFB
 4  WASHINGTON MUTUAL BANK, F.A.;
    WELLS FARGO BANK, NA; GEORGE
 5  SANDERS and DOES 1-20, inclusive,
                                           NON-RELATED CASE ORDER
 6
                      Defendants.
 7  _____/
```

The court is in receipt of the Notice of Related Cases concerning the above-captioned cases filed November 20, 2009. After consideration, the court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: November 25, 2009.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT